Case 2:07-cv-00583-CLS   Document 52   Filed 03/30/10   Page 1 of 2

FILED
2010 Mar-30  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANN KATHLEEN COYLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. CV-07-S-00583-S** |
| ) | |
| ) | |
| **DAKKO PROPERTY** ) | |
| **MANAGEMENT, INC., and** ) | |
| **GEORGIA HOLDING, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

This case is before the court on defendants' motion for summary judgment. (Doc. no. 29.) On October 1, 2009, the magistrate recommended that the motion be GRANTED in part and DENIED in part. Specifically it was recommended that all claims against defendant Georgia Holding, L.L.C., should be DISMISSED with prejudice. It was also recommended that all claims against Dakko Property Management, Inc., should be DISMISSED with prejudice, except the retaliation claim. Objections have been filed by plaintiff (doc. no. 48), and by Dakko Property Management, Inc. (doc. no. 49).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court

is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED.  As to defendant Georgia Holding, L.L.C., the Court EXPRESSLY FINDS that there are no genuine issues of material fact and that Georgia Holding, L.L.C., is entitled to judgment as a matter of law on all counts of the complaint.  The motion is due to be GRANTED as to this defendant.

As to defendant Dakko Property Management, Inc., the Court EXPRESSLY FINDS that, as to all counts except the retaliation count, there are no genuine issues of material fact and that Dakko Property Management, Inc. is entitled to judgment as a matter of law.  Except as to the retaliation count, the motion is also due to be GRANTED as to this defendant.

An appropriate order will be entered.

DONE this 30th day March, 2010.

_____
United States District Judge